UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| S.K.A.V., LLC | Civil Action 6:21-CV-04345-JDC-CBW |
| *Plaintiff* | |
| v. | Judge James D. Cain, Jr. |
| INDEPENDENT SPECIALTY INSURANCE COMPANY | Magistrate Judge Carol D. Whitehurst |
| *Defendant* | |

## NOTICE OF APPEAL

Notice is given that Defendant Independent Specialty Insurance Company ("ISIC") appeals to the United States Court of Appeals for the Fifth Circuit from the Memorandum Order ("Order") entered on April 4, 2023, and all adverse opinions and orders forming the basis of the Order. The Order is appealable under 9 U.S.C. ¶¶ 16(a)(1)(A) and (B).

This 3rd day of May, 2023.

**WOOD, SMITH, HENNING & BERMAN LLP**

 /s/ Lori D. Barker
Lori D. Barker #31687
1100 Poydras Street, Suite 2900
New Orleans, Louisiana 70163
Telephone: (504) 386-9840
Facsimile:  (504) 386-9841
lbarker@wshblaw.com

*Counsel for Defendant, Independent Specialty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this May 3, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing on counsel for all parties via the CM/ECF system and/or via U.S. mail.

/s/ Lori D. Barker
Lori D. Barker #31687
1100 Poydras Street, Suite 2900
New Orleans, Louisiana 70163
Telephone: (504) 386-9840
Facsimile:  (504) 386-9841
lbarker@wshblaw.com

*Counsel for Defendant, Independent Specialty Insurance Company*