# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-30293
_____

United States Court of Appeals
Fifth Circuit
**FILED**
August 28, 2024
Lyle W. Cayce
Clerk

S. K. A. V., L.L.C.,

    *Plaintiff—Appellee*,

versus

Independent Specialty Insurance Company,

    *Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:21-CV-4345

_____

ORDER:

    The order withholding issuance of the mandate in this appeal is VACATED.


        LYLE W. CAYCE, CLERK
        United States Court of Appeals
          for the Fifth Circuit
        <u>/s/ Lyle W. Cayce</u>

ENTERED AT THE DIRECTION OF THE COURT