# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 19, 2024
Lyle W. Cayce
Clerk

No. 23-30293

S. K. A. V., L.L.C.,

*Plaintiff—Appellee*,

*versus*

Independent Specialty Insurance Company,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:21-CV-4345

ON PETITION FOR REHEARING EN BANC

Before Dennis, Willett, and Duncan, *Circuit Judges*.

Per Curiam:

  Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R. 35 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P. 35 and 5th Cir. R. 35), the petition for rehearing en banc is DENIED.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

November 19, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-30293   S. K. A. V. v. Indep Spec Ins
                  USDC No. 6:21-CV-4345

Enclosed is an order entered in this case.

               Sincerely,

               LYLE W. CAYCE, Clerk

               By: _____
               Roeshawn Johnson, Deputy Clerk
               504-310-7998

Mrs. Lori A. Daigle Barker
Mr. Eric Bradley Boettcher
Ms. Colleen Victoria McCaffrey
Mr. Daniel J. McCoy
Mr. Raffi Melkonian
Mr. Stephen William Rothring
Mr. Kevin Ross Sloan
Mr. Wells Talbot Watson
Mr. Thomas Clark Wright